enship, 266 Ala. 182, 94 So.2d 743; Hale v. Hale, 259 Ala. 666, 68 So.2d 63.

The matter of custody of minor children is never closed and the court below will continue to be the forum where relief is available. If circumstances should require further modification, petition may be filed. The decree is

Affirmed.

THAGARD, Presiding Judge.

We affirm the trial court's decree as rendered in this case except that portion dealing with the allocation of $20.00 per month for child support. We do not think that support for an 18½ year old son who has take-home pay of $45.00 per week from his own employment is necessary.

Affirmed in part, reversed and rendered in part.

229 So.2d 925

**Cecil Crouch ADCOCK**

v.

**Doris ADCOCK.**

**5 Div. 3.**

Court of Civil Appeals of Alabama.

Jan. 5, 1970.

229 So.2d 925

**Martha Ellenburg SPENGLER**

v.

**Joe Frank ELLENBURG.**

**4 Div. 2.**

Court of Civil Appeals of Alabama.

Jan. 5, 1970.

Paul J. Hooten, Roanoke, for appellant.

Lewis H. Hamner, Jr., Roanoke, for appellee.